[No. 20730.  *En Banc.*  June 14, 1928.]

ARTHUR LUNDBERG *et al., Respondents,* v. A. I. SWITZER *et al., Appellants.*[1]

Appeal from a judgment of the superior court for Spokane county, Leavy, J., entered February 25, 1927, upon the verdict of a jury rendered in favor of the plaintiffs, by direction of the court, in an action of replevin. Affirmed.

*M. E. Mack,* for appellants.
*James A. Brown,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adheres to the opinion heretofore filed herein, and reported in 146 Wash. 416, 263 Pac. 178. The judgment is therefore affirmed.

[1]Reported in 268 Pac. 180.